'Argued July 22, decided July 29, 1913.

## CRIM *v.* CRIM.

(134 Pac. 13.)

**Divorce—Right to Relief—Plaintiff Free from Fault.**

Plaintiff, in a suit for divorce, is not entitled to relief unless the evidence shows that she has been free from fault.

From Multnomah: WILLIAM N. GATENS, Judge.

Department 1. This is an appeal from a decree of the Circuit Court of Multnomah County, granting a divorce to Jessie E. Crim from her husband, John L. Crim. The defendant, being dissatisfied with the decree rendered in the lower court, prosecutes this appeal.                    REVERSED: SUIT DISMISSED.

For appellant there was a brief over the name of *Kimball & Ringo,* with an oral argument by *Mr. Ernest R. Ringo.*

For respondent there was a brief and an oral argument by *Mr. A. G. Thompson.*

MR. JUSTICE MOORE delivered the opinion of the court.

This is a suit by Jessie E. Crim against John L. Crim to dissolve the marriage contract existing between them. From a decree granting the divorce in plaintiff's favor, the defendant appeals. No good purpose will be subserved by quoting from or commenting upon the testimony, a careful examination of which convinces us that the plaintiff is not free from fault.

This being so, the decree should be reversed and the suit dismissed, and it is so ordered.

REVERSED: SUIT DISMISSED.

MR. CHIEF JUSTICE MCBRIDE, MR. JUSTICE BURNETT and MR. JUSTICE RAMSEY concur.